VERITEXT LEGAL SOLUTIONS

Deposition of:

# Lana Moore

*December 30, 2019*

In the Matter of:

# Moore, Lana Vs. Baltimore City Board Of School Commissioners

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

LANA MOORE *
Plaintiff *
vs. * Civil Action No. CCB-19-0154
BALTIMORE CITY BOARD *
OF SCHOOL COMMISSIONERS, *
Defendant *
--------------------------\

The deposition of LANA MOORE was held on Monday, December 30, 2019, at 10:21 a.m., at The Gauvin Law Firm, 720 South Hanover Street, Baltimore, Maryland 21030, before Susan A. Kambouris, Notary Public.

REPORTED BY: Susan A. Kambouris

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

KARL-HENRI GAUVIN, ESQUIRE
The Gauvin Law Firm, LLC
1120 North Charles Street, Suite 410
Baltimore, Maryland 21030
Telephone: 410-209-4538
Email: kgauvin@gauvinlawfirm.com

ON BEHALF OF THE DEFENDANT:

TAMAL A. BANTON, ACTING CHIEF LEGAL COUNSEL
Office of Legal Counsel
Baltimore City Public Schools
200 East North Avenue, Suite 208
Baltimore, Maryland 21202
Telephone: 410-396-85-42
Email: tbanton@bcps.k12.md.us

Index

Deposition of Lana Moore

December 30, 2019


| LANA MOORE | PAGE |
|---|---|
| Examination by Mr. Banton | 4 |
| Examination by Mr. Gauvin | 125 |


EXHIBITS


| Exhibit No. | Marked |
|---|---|
| Exhibit 1 List of Scores | 96 |

STIPULATIONS

It is stipulated and agreed by and between counsel for the respective parties that the reading and signing of this deposition by the witness be and the same are hereby waived.

\- - - - - - -

Whereupon:

LANA MOORE,

was called on for examination by counsel, and after being duly sworn according to law, was examined and testified as follows:

EXAMINATION BY MR. BANTON:

Q Can you please state your name, for the record?
A Doctor Lana L. Moore.
Q And what is your date of birth?
A 12/4/1949.
Q And what is your current address?
A 18616 Lebens Fence Road, Boonsboro, Maryland.
Q What county is that?

Q Got you. May I ask how much are you paid by First Data, now Fiserv?
A Fiserv. May I consult?
Q Sure.
A I want to say, approximately, $50,000.00.
Q Okay. Per year?
A Per year.
Q How long have you worked for First Data, now Fiserv?
A It will be four years in April of 2020.
Q Okay. So, it is since April of 2016?
A Yes, that's correct.
Q Okay. Where did you work prior to April of 2016, when you started at First Data?
A I worked for Baltimore City Public Schools.
Q And how long did you work for Baltimore City Public Schools?
A For five years.
Q So, do you know when you began in Baltimore City Public Schools?
A I probably have it right here. 2010-2011

schools.

Q What was your final position at Washington County Public Schools before you went to Frederick County Public Schools?

A Principal of Northern Middle School.

Q Let's go back to your time in Baltimore City Public Schools. When you arrived, you said you closed down the Institute for Business and Entrepreneurship?

A After two years, the school no longer existed.

Q Two years under your tenure?

A Two years under my tenure.

Q And, during that entire time, you were the principal of the school, correct?

A I was the principal. They had a Managing Principal in Baltimore City Public Schools. I was definitely the main person there. They may have me down as a Managing Principal.

MR. GAUVIN: Once again, if you don't know for certain, don't speculate.

THE WITNESS: Okay, sorry.
Q Was it a traditional school?
A It was a traditional school, it was not a charter school.
Q Okay. What happened after the school closed down?
A To the students?
Q With you?
A With me? I applied for a facilitator's position.
Q And is that a district headquarters position or somewhere else?
A My office was at district headquarters.
Q So, you did get the position?
A I did.
Q And do you know which division? The facilitator's position, do you know which division of the City School System that was under? Was it Chief of Schools, the Academic Office, Suspension Services? I am just trying to bear down which --
A I do not know.

Q And is she employed by Baltimore City Public Schools?
A She was.
Q Not anymore?
A She is not.
Q What was her position when she made the recommendation for you?
A She was SSL on a Network Team, Student Support Liaison.
Q When you closed down the Institute For Business and Entrepreneurship as a principal, what was your understanding what would happen with you in terms of your employment with Baltimore City Schools?
A I would have to apply for another position.
Q Why do you believe that? Why did you believe that at that time?
A I believed that because there was no longer going to be an administrator at the Institute of Business and Entrepreneurship if the school didn't exist.
Q So, if the school doesn't exist or the

position is eliminated, you have to apply for another position?

A If I want to continue my employment.

Q With Baltimore City Public Schools?

A With Baltimore City Public Schools.

Q How long were you in the facilitator's position for Baltimore City Public Schools?

A Three years.

Q Is that the last position you had with Baltimore City Public Schools?

A It is.

Q Who was your supervisor while you were a facilitator?

A Year one, Jonathan Bryce. Year two, Sean Connolly. Year three, Tammy McIntyre Miller.

Q And did they have the same position for all of those three years or -- did they have the same position title for all three of those years, the three different people?

A Jonathan Bryce and Sean Connolly did because they were the head of the Networks. There was

a change in the third year. Then, my supervisor became Tammy McIntyre Miller and she was the educational -- she was the ILED of the Network.

Q I have got you. So, in that third year, there was a position switch. That created the ILED position. Does that sound right?

A There had always been an ILED position. What they changed was that the facilitators now would be working for -- that would be their supervisor, the ILED, as opposed to the head of the Network Team.

Q Got you. That was year three?

A Year three.

Q Which would be '15-'16 school year?

A '14/'15.

Q Let's go back. April of 2016, you said you started at First Data?

A I was unemployed for a period of time.

Q Okay. So, '14-'15 school year is the year --

A Yes.

Q What happened in terms of your employment,

what happened at the close of the 2014-'15 school year?

A I was told that my position was being eliminated. I was told that there would be numerous other positions that I could apply for. I was told that the position that I had of facilitator was being replaced by the School Manager of Operations Support position. I was told that I could -- that that was the position that was replacing the position that I had previously, however, I could apply for other positions outside of that position.

Q You were able to apply for any position in the Baltimore City Public Schools?

A I could apply for any of them.

Q Do you know how the conversation went, was it HC, in general, or someone in particular?

A I do. Linda Chen informed the facilitators that during the reorganization, the name of Network School Facilitator would be changed to Manager-School Operations Support. Doctor Thompson informed a group of employees, including the facilitators, that Manager-School Operations Support would be replacing

the position of Network School Facilitator.
Q How many facilitators other than yourself were employed in such capacity?
A Nine.
Q Do you know who all nine of those people were?
A I do not.
Q Would nine include you or would you make ten?
A I would make ten.
Q Do you know how many were male or female?
A Nine female, one male.
Q Do you know how many were black, white, other ethnicities?
MR. GAUVIN: That calls for a yes or no.
A No.
Q Do you know the ages of any of the people who were also facilitators?
A No.
Q Do you know if any of the --
MR. BANTON: Strike that.

Q Do you know if any of the other nine facilitators applied for the Manager of School Operations Position?
A Yes.
Q Which persons?
A Noell Lugay, L-u-g-a-y, Stacy Walton, Lisa Smith, Lisa Brown, Beshon Trusty-Smith. Those five, I know, applied for the first round.
Q You know that because?
A I know that because those were the five original school managers selected.
Q Okay. Do you know the age, at that time, the age of Miss Lugay?
A I do not know the ages of anybody.
MR. GAUVIN: You have to say yes or no.
Q You were shaking your head, no. Is that a no?
A No, not off the --
Q Right. Let me ask this way: Do you know if Miss Lugay, Noell Lugay, was over 40 years of age?
A I don't know.

Q Do you know which individual employees of Baltimore City Public Schools were responsible for scheduling interviews?
A Doctor Thompson.
Q Anyone else?
A That's the only person that I know.
Q And do you know Doctor Thompson's age?
A I do not.
Q Is he over 40 years of age?
A I do not know.
Q Is he African American or white?
A He is African American.
Q What was your relationship with Doctor Thompson prior to the application for Manager of School Operations?
A He held meetings for the facilitators. He was not my supervisor.
Q Had you ever had any interactions with him directly, you, yourself?
A Prior to?
Q Prior to your application for the Manager

of School Operations?

A Are you asking if I ever had any interactions, like, one-on-one with him?

Q Yes.

A No.

Q Did Doctor Thompson ever supervise you prior to your application for Manager of School Operations?

A He did not.

Q Because your supervisors were John Bryce, Sean Connolly, and Tammy McIntyre Miller?

A Correct.

Q Was that Doctor Thompson a supervisor of any of those three people during your time as a facilitator?

A I don't know.

Q Do you have any knowledge as to who were the participants in the interview for the Manager of School Operations position?

MR. GAUVIN: Objection. Ambiguous. Are you asking who conducted interviews?

MR. BANTON: Yes.

BY MR. BANTON:

Q Who were the participants?

MR. GAUVIN: Or the interviewees?

MR. BANTON: Yes, interviewers.

A For the original interview, I do not know because I was not interviewed originally.

Q When you say, "originally," that leads me to believe, at some point, you were interviewed?

A I was.

Q When was that and how did that come about?

A I went to Human Capital. I talked to Lisa Bishop, who worked in Human Capital. I don't know her exact title.

Q Okay.

A I made the complaint that I was not called for an interview, and she and Jerome Jones -- do you want me to stop?

MR. GAUVIN: No, wait for the next question.

BY MR. BANTON:

Q I think you were still answering the question. The question was: What happened and how did it come about? You were fine.

A Lisa called me back in after I went to her initially and she said that Doctor Thompson had agreed that I should have an interview.

Q You mentioned Jerome Jones. What was his role in this?

A So, he was in on the meeting where Lisa called me back in and said that Doctor Thompson agreed to interview me.

Q And this is after you said you made a complaint?

A After I complained to Human Capital that I was not included in the first interviews.

Q Was that complaint in writing or just verbal?

A It was verbal.

Q And you made that complaint to Human Capital?

A I did to Lisa Bishop and to -- to Lisa

Bishop.

Q Can you think of anybody other than Lisa Bishop?

A No.

Q And what was the nature of the complaint? You said the complaint was you weren't interviewed or was there other allegations with that?

A It was that I was not included in the interview. I was not scheduled for an interview.

Q That was it?

A That was it.

Q So, after that, at some point, Lisa Bishop and Jerome Jones met with you, is that correct?

A They did.

Q They informed you Doctor Thompson agreed to have you interviewed?

A Exactly, he did.

Q Did you receive an interview?

A I did.

Q Do you know who were the persons on the panel, the interview panel?

MR. GAUVIN: It calls for a yes or no. Do you know, yes or no?
A Are you asking me if I know their names?
Q Well, I can make it clearer. Do you know their names?
A I do not.
Q Do you know what their background was, meaning if they were older, younger, black, white? What were the demographics of the people on the interview panel?
A I know that they were black.
Q How many people were on the interview panel?
A I don't know.
Q You are not sure if it was three, four?
A I do not know.
Q Was it all males, some females?
A It was all females.
Q Did you know any of the individuals who were on the interview panel?
A I did not.

Q June of what year?

A June of 2015.

Q Okay. Was the school year still continuing at that time or had it ended?

A It was still in session.

Q So, you were still employed with Baltimore City Schools at the time of your interview for Manager of School Operations?

A I was still employed at the time of the first interview.

Q Do you know when you had the second interview?

A June 12th.

Q 2015?

A Yes.

Q How long after the first interview was the second interview? I only ask -- you said the first interview was June of 2015 and the second interview was June 12th, 2015. There are not a lot of days in the month.

A Correct. So, I mean --

Q It was pretty quick?
A It was.
Q Where was the second interview held?
A The second interview was also held in Doctor Thompson's office.
Q Do you know who the members of the interview panel were?
A I do. It was Doctor Thompson, it was Doctor Garnet, it was Doctor Bundley.
Q Anyone else?
A That was it.
Q Is that the same Doctor Garnet in the School Suspension Services?
A It is.
Q Had you met Doctor Garnet or encountered Doctor Garnet prior to this interview?
A I had.
Q And how was that exchange? Was it positive, negative, or neutral?
A Can I answer that? It was positive.
Q You never had any negative interaction with

Doctor Garnet prior to this interview?

A I did not.

Q And the same for Doctor Thompson, did you have any negative experience with Doctor Thompson prior to the second interview June 12th, 2015?

A I consider the fact that he did not include me in the first round of interviews a negative experience.

Q Other than that, did you have any other negative experiences with Doctor Thompson?

A Not prior to this time, no.

Q Did you have that feeling that it was negative --

MR. BANTON: Strike that. I will rephrase it.

Q Did you have those feelings towards Doctor Thompson at the time you had the interview on June 12th, 2016 in terms of your negative experience?

A At the time of the second interviews?

Q Yes. Were you upset with him? Basically, were you upset or did you have any animosity towards

Q Do you know what his position was at the time?
A I do not know what his position was.
Q Had you had any interaction with Doctor Bundley prior to the second interview on June 12th, 2015?
A I had.
Q Was it positive, negative, or --
A It was positive.
Q Have you ever had any negative experiences with Doctor Bundley prior to June 12th, 2015?
A I had not.
Q Do you know if you went to the interview before Lori Hines?
A I do not remember.
Q How did the second interview go, in your opinion?
A I was not pleased with the second interview because Doctor Thompson took two phone calls during my second interview.
Q When you say he took two phone calls, can

A I do not.
Q How many questions were you asked on the second interview?
A Three questions.
Q Just three questions?
A Correct.
Q Do you know what the questions were?
A I do not.
Q Do you know the general context of the questions?
A How you would support the principals.
Q Other than Doctor Thompson taking two phone calls, was there anything else about the interview you did not like, the second interview?
A No.
Q When Doctor Thompson came into the room, did he apologize for taking the phone call?
A He did not.
Q After you left the second interview, what happened next related to the position of Manager of School Operations?

A I became aware that I did not get the position.

Q How did you become aware of that?

A Lisa Smith, a fellow facilitator, called me the Sunday after the second round of interviews and she told me who had gotten the position with the exception of one person. She knew that because Doctor Thompson had called her, and this is her exact wording, she said, "I got one of the positions, Lisa Smith got one of the positions, and Beshon Trusty-Smith got one of the positions." She said, "Noell Lugay got one of the positions and Stacy Walton got one of the positions, but he could not tell me the person that got the other position because that person has not been notified yet."

Q And were the names she gave you all people who were facilitators before the reorganization?

A They were not.

Q They were not? Which of the five names that you gave me, Noell Lugay, Stacy Walton, Lisa Smith, and Beshon Trusty-Smith were not facilitators

prior to the reorganization?
A Beshon Trusty-Smith was not a facilitator.
Q Anyone else?
A No.
Q Do you know what Beshon Trusty-Smith's position was?
A I don't know the title. I know that she worked in the Attendance Office.
Q By "Attendance Office," do you mean the Attendance Office at Central Headquarters?
A Yes, I do.
Q Lori Hines, was she a facilitator prior to the reorganization?
A She was.
Q So, she didn't get a position? Lori Hines did not get a position, as far as you know?
A She did not get the position. If you recall, I told you she told me she had been offered the position, but she did not want the position because it didn't pay enough money.
Q I heard you when you said that. My

Q As far as you know, was Lori Hines identified as a Manager of School Operations after the second interview?

THE WITNESS: Could you state that again? I am sorry.

MR. BANTON: Sure.

Q As far as you know, was Lori Hines hired as a Manager of School Operations after the second interviews were completed?

A She was not.

Q Do you know anything about Beshon Trusty-Smith's background, her educational background, qualifications, anything like that?

A I do not.

Q Did you apply for any positions in City Schools other than the Manager of School Operations' position?

A I did.

Q Do you know which positions you applied for?

A I do.

Q How long were you without employment?
A Nine months.
Q Did you receive Unemployment?
A I did.
Q How long did the Unemployment last?
A I am not sure.
Q Did Unemployment Benefits run out before you received your next employment?
A They did.
Q Why did you file a lawsuit in this particular case?
A I was discriminated against by Doctor Thompson because of my age and because of my ethnicity.
Q How did you come to that belief?
A No. 1, I was excluded from the first round of interviews. I was interviewed for the position; however, I had a different team that interviewed me. It was not the same team that interviewed the first round of facilitators. Of course, one wasn't a facilitator. Interviews are very subjective. You need to calibrate the scores before you ever start an

interview June 12th, 2015?

A After I knew that I was not hired for that position, then, I kind of zoomed in on that.

Q Understood. Okay. Other than what you have already said, is there anything else that you want to tell us as to why you believe Doctor Thompson discriminated against you?

A He hired a person for a position that was far less qualified than I was for the position of Manager-School Operations Support.

Q What person was less qualified to be hired?

A Beshon Trusty-Smith.

Q Anything else other than the reasons you have given?

MR. GAUVIN: Wait for a second.

Q Anything else you want to tell us about other than what you already described why you believe Doctor Thompson discriminated against you?

A I have written them all down.

Q We can come back to them. Is there anything else?

A He hired someone that was less qualified, he didn't include me on the first interview, he knew an exemplary interview, I didn't move on in the second for Educational Specialist.

MR. GAUVIN: Why don't we take a break.

(Recess taken -- 12:07 p.m.)

(After recess -- 1:06 p.m.)

MR. BANTON: Back on the record.

Q Have you had a chance to think about anything else you would like to tell us as to why you believe Doctor Thompson discriminated against you?

A I do not have anything else to say about Doctor Thompson personally discriminating against me.

Q Anyone else that's an employee of Baltimore City or Baltimore City Board of School Commissioners?

A Linda Chen retaliated against me.

Q You say Linda Chen retaliated against you? How so?

A I complained to Lisa Bishop about the interview where I was not given a computer, nor told about the writing sample. Lisa Bishop went to Linda

Chen. Linda Chen said, "I cannot interview her again because she would know all of the questions." She did agree to interview me for another job, but she wouldn't agree to interview me for the same position that I had originally applied.

Q Anything else after Linda Chen?

A That was the only thing that she did retaliate against me. I do have something else for Doctor Thompson. Doctor Thompson discriminated against me because he offered other employees, other facilitators positions, one even before it was posted.

Q Anything else as to Doctor Thompson?

A No.

Q Anything else as to Linda Chen?

A No.

Q Any other employees of Baltimore City Board of School Commissioners and Baltimore City Schools you contend discriminated against you?

A No other persons discriminated against me.

Q As to Linda Chen, you stated you made a complaint to Lisa Bishop?

A I did.
Q Do you know what day that was or the month and year?
A That was in June of 2015. I don't know the exact day, but I can say that it was at the beginning. It was towards the first of the month.
Q What, exactly, was your complaint to Mrs. Bishop?
A That I had not been given the computer, nor had I been told that there was a writing sample that I should be doing.
Q Did you make a complaint against Linda Chen specifically or was it a general complaint to Miss Bishop?
A I don't recall whether I made it against Linda Chen or the interview. I don't recall that.
Q Lisa Bishop was at HC at the time?
A Yes.
Q You are not the sure of her position?
A I know that she was my liaison.
Q Got you. Did you put your complaint to

Lisa Bishop about not receiving the computer, or being told about a writing sample in writing, or was it a verbal complaint?

A It was a verbal complaint.

Q Did Linda Chen ever talk to you about the complaint that you made?

A She did not.

Q Did you make the complaint to anyone other than Lisa Bishop?

A I did not.

Q Did you file a complaint with the EEO Office at Central Headquarters at that time?

A At that time? May I check my notes? Yes. You are asking about the internal?

Q Yes, I am asking, when you said you made a complaint to Lisa Bishop about the interview in which you said Lisa Chen retaliated against you, I wanted to be clear who you made the complaint with?

A I made it to Lisa Bishop. I, quite frankly, am not sure whether I made it to the internal EEO.

Q At the time you made the complaint with Lisa Bishop, it was just a general complaint that you were not given a computer, and was not told about the writing sample?

A At that time.

Q At that time. You stated that Lisa Chen made a complaint you could not be interviewed again because you would know all of the questions?

A That is correct.

Q Did Lisa Chen tell you that or did someone else tell you that?

A Lisa Bishop told me that and Jerome Jones was in the office when she told me that.

Q But the reason given was because you already knew the questions?

A Exactly.

Q You also said Lisa Chen made a comment you could interview for other positions, she would interview you for other positions, just not that one?

A Lisa Bishop told me that Linda Chen could interview me for another position.

Q Just not that one?

A Not ILED.

Q And has Linda Chen ever made a comment to you about your age?

A She did not.

Q Has Linda Chen ever made a comment to you about your race?

A She did not.

Q Has any employee of Baltimore City Board of School Commissioners made a comment to you about your age?

A No, no.

Q You seemed like you had hesitation. I want to be clear.

A No.

Q Has any employee of Baltimore City Board of School Commissioners made a comment to you about your race in a negative capacity?

A No.

Q At all? About your race?

A Another employee discussed my race, but it

Commissioners?

A No.

Q Meaning, no, it has never happened, and my question is, yes, that's correct, no one ever said it? I just want to be clear. Has any employee of Baltimore City Board of School Commissioners made a comment to you about your race or age?

A No.

Q Did you ever have any interviews with Linda Chen after that that related to another position?

A I did.

Q And the list that you gave you, was she a part of any of those you felt were positive?

A I did.

Q What was your interaction with Linda Chen in those interviews? Positive, negative, neutral?

A Neutral.

Q Did she say anything during the interviews that made you feel she was discriminating against you?

A She did not.

Q Going back to Doctor Thompson, you gave

several reasons why you believe he discriminated against you. The first question: Has Doctor Thompson ever made any statements to you about your race?

A He has not.

Q Has Doctor Thompson made any statements to you about your age?

A He has not.

Q Did Doctor Thompson say he excluded you from the first round of interviews? Did he ever tell you that?

A He did not.

Q Did any other employee tell you that Doctor Thompson excluded you from the first round of interviews? We are talking about the position -- the Manager Support Position.

A No other employee told me that he excluded me.

Q Okay. So, how did you come to that determination that Doctor Thompson excluded you from the first round of interviews for the Manager of School Support Position?

A Because he scheduled the interviews.
Q Do you know if he scheduled interviews for all of the other nine facilitators, excluding you? I can make that clear, if that was confusing.
A I know that he scheduled the interviews for Lisa Smith. I know that he scheduled the interviews. I am going to stop there. I know he scheduled because she called me and told me that he did.
Q I understand. My question is: Do you know if you were the only facilitator that did not receive an interview for the Manager of School Support position?
A I was the only facilitator that did not receive or was not included in the first interview that applied for the position.
Q How do you know that? How do you know who applied for the position?
A You are right, I do not now that. So, I cannot answer that question.
Q That's fair. What we do know is, you did not receive an interview?

A I did not.
Q You are not sure which of the other facilitators pre-reorganization did not receive an interview, as well? Meaning, you know who did receive an interview?
A I know who did. I do not know who didn't.
Q Okay. Of the people who did, did the other nine facilitators receive an interview for that position? If you don't know, you don't know.
A I don't know if the other nine received an interview for that position.
Q You just know that --
A I know the ones that did.
Q There are four you identified earlier today, maybe five, because Lori Hines was the fifth one, right? Was Lori Hines a facilitator?
A She was a facilitator.
Q And she received an interview, right?
A I don't know.
Q You said you saw her at the second interview, which is why I asked that.

was not on my team.

Q Do you know why Carl Perry was not on your interview team?

A I have no idea.

Q You don't know if he had a scheduling conflict or something happened?

A I have no idea.

Q But even after the first team interviewed you and it was different, you still received a second interview, is that correct?

A I did.

Q Was the interview panel that you received in the second interview the same for the other applicants, as far as you know?

A It was.

Q You said, "interviews are subjective." How did that have an impact on your belief that Doctor Thompson discriminated against you?

A Because I was not interviewed by the very same group of people that interviewed the other facilitators.

Q So, as to that position, Educational Specialist II, the two people involved in your interview were Doctor Bundley and Doctor Garnet?

A That is correct.

Q Do you know what, if any, involvement Doctor Thompson had other than being the hiring manager for that position?

A He made the final decision.

Q How do you know that?

A Because it was in an email, one of my emails.

Q One of your emails?

A Yes.

Q And, in that email, did Doctor Thompson say anything negative about you?

A Doctor Thompson did not say anything negatively about me.

Q Do you have any knowledge Doctor Thompson said anything?

A I do not have emails Doctor Thompson said anything negatively about me.

Q Not just race or age, anything about your performance?

A I do not have any emails where Doctor Thompson said anything negatively about me.

Q Do you have emails from any employee of Baltimore City Schools that said something negative about you, race, age, anything about Mr. Moore in a negative capacity?

A I do not have any emails where any employee of BCBS said anything negative about me.

Q You said when you went to the Educational Specialist II position, you had a meeting with Doctor Thompson at his office, right?

A That's not correct. After -- make it clear. After what, as far as the position is concerned?

Q Was it after the position was filled or while you were still waiting?

MR. BANTON: You know what, scratch that. I know what you are talking about.

Q I believe you stated that three positions

Q What is his name?

A Craig Moore. My best friend, Nancy Bushy.

Q Anyone else?

A My other friends, in a general way. Do you need names?

MR. BANTON: No, I don't think I have any other additional questions. Thank you for your time, Doctor Moore. Do you have questions?

EXAMINATION BY MR. GAUVIN:

Q Earlier, you stated that you --

MR. GAUVIN: Strike that.

Q With regard to the positions in which you did not get interviewed, you cannot say with certainty Doctor Thompson did not play a role in choosing you for those positions, correct?

A I cannot say with certainty.

Q With certainty, you cannot say whether or not Linda Chen had an influence on whether or not you would have gotten interviewed for those nine positions, the ones you did not interview for?

A I cannot.