**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LANA MOORE | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. CCB-19-0154 |
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * *

**PLAINTIFF'S RESPONSES TO BCBSC's INTERROGATORIES**

**RESPONSES**

INTERROGATORY NO. 1: Specify and provide all information relative to **your personal history**.

ANSWER:

I have been an educator for almost 50 years – teacher, professional developer, assistant principal, principal, facilitator and trainer. I possess a doctorate degree in Educational Leadership and prior to leaving Baltimore City Public Schools, possessed my certification to be a superintendent of schools.
I have never had a negative evaluation, have never been reprimanded by a supervisor, and have never had a disciplinary letter in my file.
I was present on the opening day of school from my first day of kindergarten in 1954 until September, 2015, when I was told by a representative of BCPS that I hadn't scored high enough on any of more than a dozen interviews to continue my career in education.
I was devastated because I could not believe I wasn't in a school on the opening day.
Originally, I was hired to be an elementary principal in BCPS, but not before I was told by the principal of Booker T. Washington that her staff would be mad at her for hiring a white woman when there were so many capable black women. Approximately one week before students returned to school, I was asked to lead the Institute of Business and Entrepreneurship. I was told that the former principal had been taken away in handcuffs; however, I cannot verify that rumor. I can verify the following:

1. Approximately 25% of the students did not have "complete" schedules.
2. Approximately 50% of the seniors did not have schedules that would allow them to graduate even if they passed all their scheduled classes.
3. The fire alarm would go off at least once a day, but no one would evacuate because it was only a false alarm.
4. The school was slated to close prior to my becoming the principal.

In spite of a gun incident, several real fires, and the eventual closing of the school, all but two seniors who returned at the beginning of the school year graduated in 2012 because of innovative programs to make up credits, hybrid online classes, and flexible scheduling outside of the normal school day.

No Accompanying Documents

INTERROGATORY NO. 2: Specify and provide all information relative to your employment history, including but not limited to your current occupation and each and every place of employment in the past twelve (12) years (including the full name, address and phone number of the employer and the full name, address and phone number of each of your immediate supervisors and the reason for discontinuing any employment you had during that period).

ANSWER:

PROFESSIONAL SUMMARY OF QUALIFICATIONS

- Maryland Educator Certificate with endorsements in the following areas: Administrator I/II, Computer Science, English, Mathematics and Superintendent
- Doctorate in Educational Leadership
- Administrator of an adult education program
- Administrator of secondary schools
- Facilitator of fourteen urban schools
- Teacher trainer for using technology in the classroom
- Office staff trainer for using technology to maintain student attendance records
- Principal trainer for using technology to evaluate teachers

PROFESSIONAL EXPERIENCE

Senior Trainer (4/2018 to Present) **Lisa Miller – First Data, 1 Western Maryland Parkway, Hagerstown MD 21740 Lisa.Miller@Firstdata.com**

- Train Owner Associates in completing various tasks such as responding to complaints and disputes
- Write and update procedures for entire Disputes Department
- Submit op-loss for Disputes Department
- Track Billing Drivers Disputes Department

Trainer (4/2017-12/2017) **Kimberly Reed – First Data, 1 Western Maryland Parkway, Hagerstown MD 21740 – Promotion**

Senior Service Advisor (4/2016 to 4/2017) **James Kohler – No longer employed at First Data - Promotion**

- Serve as member of team to improve client experience

- Provide quality customer service to merchants of small businesses by providing assistance in the following areas:
    - Changing routing/ checking account numbers
    - Insuring our customers' records match those of the IRS
    - Tracking and explaining deposits/debits to merchants' checking accounts
    - Adding, replacing and returning equipment
    - Adding entitlements
    - Obtaining refunds through GAF process
    - Building VAR sheets
    - Closing accounts

Baltimore City Public Schools, 200 East North Ave. Baltimore MD 21202
Network Facilitator (6/2012- 7/2015): **Jonathan Brice – No longer employed at BCPS; Sean Connelly- Currently employed at BCPS; Dr. Theodore Thompson – No longer employed at BCPS – Terminated Position**

- Supervised and evaluated a team of professionals with expertise in the following areas: Special Education, Literacy, Mathematics, Budget Development, Community Engagement and School Climate
- Provided advice to principals on a variety of issues related to both climate and instruction
- Conducted surveys regarding employee effectiveness; analyzed results to improve employee effectiveness
- **Assisted in developing procedures to evaluate effectiveness of BCPS's Networks**
- **Trained both administrators and teachers on the employee evaluation system**
- Recommended instructional strategies to address identified performance level issues
- Recommended instructional material consistent with instructional strategies
- Assessed quality of instruction as a certified teacher observer
- Used assessment results to identify learning gaps
- Collaborated with academic specialists to address student achievement issues
- Analyzed and presented assessment data to school administrators using Power Point
- Developed spreadsheet for supervisor to complete principal evaluation

Baltimore City Public Schools, 200 East North Ave. Baltimore MD 21202
Principal (8/2010 to 6/2012): **Roger Shaw – Currently employed in at BCPS – School was closing (decision made prior to my becoming principal) so applied for another position as facilitator.**

- Oversaw day-to-day operations of Institute of Business and Entrepreneurship
- Supervised a staff of more than 50 individuals, including teachers, subject-matter specialists, administrators, paraprofessionals, custodians, and office staff
- Evaluated teachers, administrators, paraprofessionals and office staff based on performance of their daily functions
- Completed teachers' needs assessment for ways to improve student achievement
- **Searched for appropriate vendors to deliver training to staff in methods of differentiation**
- **Collaborated with vendor to assess training requirements**
- **Trained administrators and teachers on the employee evaluation system**

- Used data analysis to develop programs to enable under-credited students to graduate
- Managed programs to increase graduation rate at IBE
- **Trained teachers in the use of APEX courses**
- Determined best educational strategy to enhance student learning
- Recommended instructional strategies to address performance level issues
- Recommended and procured instructional material consistent with instructional strategy

Frederick County Public Schools, 191 South East Street, Frederick MD 21701
Secondary School Administrator (06/2004 – 06/2010): Richard Remsburg – **No longer employed at FCPS- Budget Cut**

- Supervised adult learning program
- Designed and implemented three instructional models based on online learning
- Transitioned program based on "paper and pencil" to one where all content was delivered digitally
- **Designed, implemented, and presented professional development on teaching online courses**
- Advised teachers and administrators on how to resolve issues related to digital delivery of instruction
- Presented information sessions to community partners and staff members to gain "buy-in" for transitioning to digital delivery of courses
- Interacted with students, teachers, and administrators to achieve acceptance of digitally delivered courses
- **Trained teachers in using APEX courses**
- Developed district-wide notifications to schools to announce the availability of courses
- Assessed quality of digital instruction
- Presented monthly orientations for students enrolling in one of the programs offered by the Flexible Evening High Program
- **Collaborated with vendor to assess training requirements**
- **Conducted needs assessments regarding technology to differentiate training**
- **Reviewed various digital learning programs from different vendors for various courses**
- **Recommended potential venders to supervisor**
- Assisted in negotiations between vendor and supervisor
- Communicated policies of e-school to fellow educators, parents, and students
- Conducted literature search related to online learning while completing my doctorate

Secondary School Administrator (06/1998 – 06/2004): **Boyd Michael – WCPS 10436 Downsville Pike, Hagerstown MD 21740 – Was a retire/rehire, and the state was no longer going to allow employees to be retired/rehired in the same county.**
Washington County Public Schools, 10436 Downsville Pike, Hagerstown, MD 21740

- Developed and presented professional growth sessions in student engagement
- Used adult education principles to plan for and deliver professional growth sessions
- Determined best education strategies to enhance student learning
- Conducted literature searches on best practices in teaching adolescents
- Recommended instructional strategies to identify and remove performance level issues
- Recommended and procured instructional material consistent with instructional strategy
- Assessed and evaluated quality of instruction
- Used assessments to identify learning gaps
- Evaluated instruction and teaching to increase student achievement and teacher effectiveness

- Collaborated with special education team to address learning issues of students with disabilities
- Developed and implemented a new model for the instruction of students with disabilities
- Led school's initiative to be removed from the Maryland State Department of Education's "in danger of failing" list
- Developed process for enrollment in classes to eliminate unfair practices
- First administrator in county to use technology to schedule 1400 secondary students
- Recommended instructional strategies to identify performance level issues
- Assessed and evaluated quality of instruction
- Used assessments to identify learning gaps
- Evaluated instruction and teaching to increase student achievement and teacher effectiveness
- **Conducted needs assessment regarding safety at the school**
- **Collaborated with safety specialist to develop and implement Washington County's first comprehensive safety plan (Project Management)**

Secondary School Teacher (8/1990-6/1998):
Washington County Public Schools, 10436 Downsville Pike, Hagerstown MD 21740

- Taught secondary students a variety of subjects including English, mathematics and computer applications / programming
- Developed instructional materials consistent with instructional strategy to address lesson objective
- **Used adult education principles to plan for and deliver professional growth sessions**
- **Developed and presented professional growth sessions for using technology in the classroom**
- **Developed courses to teach office staff and teachers how to use technology to take and maintain attendance records**
- Determined best educational methods to deliver instruction
- Collaborated with vendor to assess training requirements
- Conducted needs assessments regarding technology to differentiate training
- Used assessments to identify learning gaps in technology
- Produced course materials and learning aids

EDUCATION
Walden University
Major: Administrative Leadership for Teaching and Learning
Degree Awarded: Doctorate of Education

Hood College
Major: Educational Leadership
Degree Awarded: Master of Science

Shepherd University
Major: Secondary Education – English and Math
Degree Awarded: Bachelor of Arts

INTERROGATORY NO. 3: Detail, describe and explain in a "timeline" any and all events and/or interactions you have had with BCBSC, and/or any employee of BCBSC

relating to your claims of racial discrimination in Count I of your Complaint, while identifying each person with personal knowledge of each detail and description identified in your response to this interrogatory.

ANSWER:

Approximately May 15, 2018 through May 30, 2018 - Noelle Lugay, a fellow-facilitator, kept me informed of the progress of the reorganization. Dr. Thompson was giving her information and she was passing it to me:

- She told me that we (facilitators) may get a new name and more money.
- She told me not to worry about getting one of the positions because I was a former "principal".
- She told me that other facilitators should be worried.

Approximately June 1, 2015 – Linda Chen informed facilitators that during the reorganization, the name of "Network School Facilitator" would be changed to "Manager – School Operations Support".

- Only 5 five managers would be selected. (There were 10 facilitators.)

Approximately June 3, 2015 – Dr. Thompson informed a group of employees including facilitators that "Manager – School Operations Support" would be replacing the position of "Network School Facilitator". He added that if we wished to apply for that position, but we did not have the qualifications, we should see him because as hiring manager, he had leeway.

- On June 7, 2015, Lisa Smith, fellow-facilitator, communicated to me that she had received a call from Dr. Thompson to interview on June 8, 2019, for "Manager – School Operations Support". I had not received a call.
- On June 8, after her interview, Lisa Smith and other interviewees were told by that they would know the results the next day.
- I immediately reported to Lisa Bishop that I had not been given an interview for the position.
- Subsequently, I found out that the scores on the original interviews for the facilitators hired were as follows: Lisa Smith 80; Beshon Trusty-Smith 64; Noell Lugay 96; Stacy Walton 50. (Lisa Brown's interview scores are not on list. She was originally hired, but then was offered another position.)
- Lisa Bishop said that Dr. Thompson agreed to interview me. Jerome Jones was present at the meeting. I was interviewed on June 11 by a different team than the other candidates. I received a 57. **I scored hirer than Stacy Walton and maybe Lisa Brown.**
- After I was interviewed, Dr. Thompson said he was not able to select five candidates based on the first round of interviews. On June 12, Dr. Thompson scheduled another round of interviews. He interviewed approximately 30 candidates, some of whom had not interviewed initially. Stacy Walton received a high score of 35; I received a low score of 16; therefore, her combined score was higher than mine.
- While waiting for this second interview, Lori Hines, a young, attractive African American told me that she had already been offered the position of Manager - School Operations Support by Dr. Thompson; however, she turned it down because it did not pay enough money.
- The five successful candidates were the original five candidates that interviewed on June 8: Noelle Lugay, Lisa Smith, Beshon Trusty-Smith, Stacy Walton, Lisa Brown.

Stacy Walton was hired to be a "Manager" over me because she was a young, attractive African American. She was

not a successful facilitator; in fact, she had been removed from the position at the time of the interview and was serving as Dr. Thompson's assistant. She worked from a desk in his office. Sue Torr was her direct supervisor as a facilitator, but Stacy could not work with Sue Torr. Dr. Thompson commuted by train to work so he gave Stacy his assigned parking place; she was also observed picking him up at the close of the day and transporting him to the train station. (Tammy McIntire-Miller) **The only possible reason for having that second round of interviews was so that he did not have to hire me but could hire Stacy Walton.**

Approximately June 1, 2015, I interviewed with Dr. Bundley and Dr. Garnett for one of four positions called Educational Specialist 2.

- Had exemplary interview. (E-mail between Catherine Van Allen and Everett Garnett- Need to access e-mail.)
- After asking Dr. Thompson via e-mail several times when I would hear the result of the interview but not receiving any answer, I called Lisa Bishop to ask if I was still in the running for one of those positions. She responded that I was, so I immediately e-mailed Dr. Thompson and requested five minutes of his time.
- He did not respond so I went to his office.
- His door was closed so I waited for him outside his office.
- When he came out of his office, I requested five minutes of his time.
- He kept walking but said I could wait until he returned.
- He returned 20 minutes later so I followed him into his office.
- I asked when I would hear about the Educational Specialist position.
- He said that three of the four positions had been filled by Human Capital based on their interview scores.
- Subsequently, I learned that my interview score had not been submitted. In fact, the interview sheet reflects that I did not interview for the position.

Dr. Thompson discriminated against me because he did not even submit my score to HC but hired a young, attractive African American, Rinata Tanks. Catherine Van Allen asked Dr. Garnett how I did on this interview. His response was that I had an "exemplary" interview. However, he said that Dr. Thompson would have the final say. (e-mail) He told Dr. Garnett that he wanted Rinata Tanks to get this position because there was something "funny" about my principalship in BCPS.

Approximately the second week of August, I got another chance to interview for Manager – School Operation Support because Lisa Brown opted for another position.

- Interview team consisted of Noelle Lugay, Beshon Trusty-Smith, and Stacy Walton, the very three young African American ladies who were named in the complaint against Dr. Thompson.
- Requested to be allowed to record my interview and let it with the interviewers until selection was made; Noelle Lugay denied the request.
- My score was not recorded so I do not know what my score was, but Harold Henry (78) got the position. (Harold Henry had not originally applied for this position.)
- I sent an email to Dr. Grillo expressing frustration that I did not get the position even though this was the second time I interviewed and answered the same questions. On August 27, she committed to me that HC would work with me until they found a position for me. She was let go shortly thereafter. The next HC Chief would not honor the commitment.

**Documentation:** Interview Scores (1); Dr. Grillo's commitment (2); Dr. Garnett's e-mail (3);

**Witnesses:**

Dr. Garnett witnessed the discrimination; he even tried to get Karl Perry (Thompson's replacement) to "right the wrong" that had been committed. He interviewed me more than any other interviewer and knew that I was doing well on my interviews.

Catherine Van Allen – She was a witness to how I was treated during the interview process.

Lisa Smith – Witnessed the favoritism showed to Lori Hines, Noelle Lugay, and Stacy Walton by Dr. Thompson.

She predicted they would get three of the positions.
Witnessed the favoritism shown to Noelle Lugay by Dr. Thompson.
Tonya Smith- Witnessed the favoritism shown to Noelle Lugay and Stacy Walton. The three of them -Noelle, Stacy, and Dr. Thompson- paid a visit to her school without informing her.

INTERROGATORY NO. 4: Detail, describe and explain in a "timeline" your employment history with BCBSC while identifying by name, race, and age, any and all co-workers, colleagues and/or other employees that received different treatment from you during your employment with BCBSC.

ANSWER:

Near July 15, 2015, Lori Hines, a young, attractive African American and displaced facilitator, told me to go to Ms. Chen to talk to her about a position. Lori reported that Ms. Chen was recommending her for an interim position, so she did not have a "break in services"; she was waiting for another job which had been promised to her by Ms. Chen and Dr. Thompson to be posted. The interim position offered to her was Coordinator – Extended Learning. Ironically, I had applied for that position but had not received an interview.
I asked for an appointment with Ms. Chen to ask for her help; however, when she got back to me to schedule the appointment, she included Lisa Grillo, the Director of Human Capital.
When she arrived for the meeting, she brought Jerome Jones, the lawyer for labor relations.
I explained to her that Lori said she had helped her obtain an interim position, and I had not yet been granted a position so I asked if there was any way she could help me. I emphasized that I would like to have the Coordinator – Extended Learning as a permanent position and had run a similar program in Frederick County MD.
She told Jerome to make a note to see if I was eligible for that position.
She then started to read the grievances I had against her and Dr. Thompson from a letter I had sent to the superintendent and was only interested in answering the complaints in the letter…not in helping me. (Need to access my e-mail to get that letter.)
The next day Jerome and Lisa Bishop called me in and terminated me.

1. Linda Chen hired Lori Hines an interim position so she would not receive a break in services. Lori was not even interested in that interim position.
2. I wanted the interim position that Lori received but was not even granted an interview.
3. Lori Hines was also offered the position of Manager-School Operations Support prior to the second round of interviews.

In the middle of the reorganization process, Noell Lugay was offered the principalship of Booker T. Washington Middle School. She told me Dr. Thompson offered her the position so she would make more money; however, she told him that she would not accept a principalship if Linda Chen was Chief Academic Officer. (There was no interview; the position was not even advertised, but Noell was offered the position.)
Noell Lugay was privy to every decision Dr. Thompson made about the reorganization. She kept me informed. He would not meet with me even though I requested a meeting two times to discuss what types of special assignments for which I would be qualified. I finally wrote him a summary of my experiences because he kept canceling my meeting.
Noell was assigned a special assignment – working with facilities.
Lori Hines was assigned a special assignment – summer school. (I had run a summer school program for 6 years.)

Rinata Hanks was assigned a special assignment of reviewing upcoming senior transcripts for graduation status. (I volunteered for this assignment because, as a principal, I had routinely reviewed senior transcripts for graduation status. I did volunteer to assist her and had to inform her that students could return to school if they had not turned 21 prior the first day of school.)
Lara Ohanian, a displaced employee, was originally appointed to a position under Dr. Thompson – Director of Enrollment and Attendance on June 9; however, she did not want to work for Dr. Thompson because in her words, Dr. Thompson was a terrible person.
On June 30, she was appointed to a position under Janise Lane. Lara was an older, white woman who not only was appointed to one position, but was appointed to a second position in the same month because she did not want to continue to work for Dr. Thompson
Documents: Board minutes for Lori Himes' two appointments (July, August 2015).
Board minutes for Lara's two appointments (Attached.)

INTERROGATORY NO. 5: Detail, describe and explain in a "timeline" any and all visits you have made to the EEO since being employed with BCBSC, while including any and all reasons for each visit identified in your response hereto.

ANSWER:

I think all my visits dealt with the discrimination displayed by Dr. Thompson and retaliation because I filed a complaint; however, I am not sure of the date of my first visit, but the EEO's investigation was launched by 7/23/2015.
I gave her some text messages between Lisa Smith and at least one e-mail to access (between Catherine and Dr. Garnett about my Educational Specialist interview).
Doc 7A, B, C, & D – E-mail I sent after investigation commenced detailing interviews. (At the time I wrote this, I did not know any of my scores.)

INTERROGATORY NO. 6: Specify, detail and describe any and all communications that you have knowledge of between any employees of BCBSC relating to favoritism towards a particular racial group.

ANSWER:

My internal e-mails from May 31 to July 15.
Text Messages between Lisa Smith and myself.

INTERROGATORY NO. 7: List and describe each component of economic damages incurred by you relative to the Complaint (as and if from time to time amended) while identifying each person with personal knowledge of each such component of economic damages.

ANSWER

I have accumulated $10, 000 lawyer fees. I also have lost wages $27,982 in 2015; lost wages of $86,848 in 2016; lost wages of $63,600 in 2017; and lost wages of $59,471 in 2018. My total economic loss is approximately $335,000.

INTERROGATORY NO. 8: List and describe each component of non-economic damages incurred by you relative to the Complaint (as and if from time to time amended) while identifying each person with personal knowledge of each such component of non-economic damages.

ANSWER:

My emotional damages are that I have suffered from self-esteem, lack of confidence and bouts of depression.

INTERROGATORY NO. 9: List and describe each component of physical and/or mental injury or damages incurred by you relative to the Complaint (as and if from time to time amended) while identifying each person with personal knowledge of each such injury.

ANSWER:

N/A

INTERROGATORY NO. 10: Specify, detail and describe any and all communications that you have knowledge of between any employees of BCBSC relating to favoritism towards a particular age group.

ANSWER:

My internal e-mails from May 31 to July 15.
Text Messages between Lisa Smith and myself.

INTERROGATORY NO. 11: Identify (including full name, business address, phone number and healthcare specialty/credentials/area of practice) each health care provider who has provided any medical diagnosis, medical care and/or medical treatment to

you during the past fifteen (15) years, including but not limited to any psychologists or psychiatrists that you have seen during said time period.

ANSWER:

N/A

INTERROGATORY NO. 12: Specify, detail and explain how you contend that your employment with BCBSC ceased, while identifying each person with personal knowledge of how your employment with BCBSC ceased.

ANSWER:

My employment with BCPS because I was unable to obtain another position.
Jerome Jones
Lisa Bishop
Lisa Grillo
Linda Chen

INTERROGATORY NO. 13: Specify, detail and explain any and all acts of retaliation taken against you BCBSC and/or any employees of BCBSC relating to any complaints and/or grievances you have made and/or filed during your employment with BCBSC, while identifying each person with personal knowledge of any and all acts identified in your response to this interrogatory.

ANSWER:

Between May 30 and June 5, 2015 - **Interview for 3822-ILED Elementary/Middle School** - Prior to interview, I

was escorted to a conference room, handed a paper with data, and told that I should analyze the data and that I could use the analysis during the interview.
Shortly into the interview, reference to a writing same was made by Linda Chen, Dr. Thompson's immediate supervisor.
At the end of the interview, I was asked for my writing sample. Of course, I did not have one.
I called Lisa Smith, a colleague, and asked her how she thought she did on the interview. She stated that she had trouble with her computer when she was completing her writing sample.
When Lisa Smith was escorted to the conference room, she was given a computer, told to analyze the data, and complete a writing sample describing the strategies she would put in place to improve data.
I reported this incident to Lisa Bishop, my human capital liaison during the reorganization process.
She called me to a meeting. In addition to Lisa Bishop and me, Jerome Jones was present at the meeting. and told me that although Linda Chin was not willing to allow a new interview, she would allow me to interview for **3822-ILED Secondary Schools.** Of course, this time I completed the required writing assignment.
On the first interview where I did not complete a writing sample, I received a 26/100, understandable because I did not complete an important part of the interview process.
On the second interview where I did complete a writing a sample, I received a lower score, 21/100, because I had complained to Human Capital, Latosha Barnes (EEOC) and Dr. Thornton (e-mail) about Linda Chin her direct report, Dr. Theodore Thompson.

On 8/4/2015, I contacted Laura Jones about the position of **Coordinator – Extended Learning (Under Linda Chen)**. I had never heard from anyone about an interview even though I had expressed an interest to Ms. Chen, and she had told Jerome Jones to investigate the matter. Laura Jones (under Linda Chen) asked if I could interview on 8/5/2015. She stated I could interview by phone which I declined. I interviewed in person and had an excellent interview. However, the interview sheet states it was an interview by phone and there is no score. Neither is there a score for the successful candidate, and it appears as if we were the only two candidates who interviewed. She was a classroom teacher who was not displaced.
On or about 9/7/2019, I interviewed for the position of **ACL** of Literature **(Under Linda Chen)**. I did very well on the interview; so well that they told me I qualified to do the writing sample. Since I was no longer employed, they would send me the writing sample so I could complete at home.
On 9/14/2019, I asked when I would be given the writing sample. She asked when I was available to take the test.
On 9/14/2019, I e-mailed Tiffany Williams to ask her to tell the leader of the team that I was interviewing for a position on the team, (She had worked for me for approximately a year.) That same day, she e-mailed that they had already filled that position.

Doc 8-A Interview Sheet- ILED Scores
Doc 8-B Interview Sheet- Extended Learning/Academic Content Liaison
Doc 8-C E-mail Extended Learning
Doc 8-D E-mail ACL
Doc 8-E R-mail ACL

<u>INTERROGATORY NO. 14</u>: Specify, detail and describe any and all extreme and outrageous conduct and/or behavior you have encountered during your employment with BCBSC while providing the date and identifying the specific person(s) engaged in any conduct and/or behavior identified in your response to this interrogatory.

ANSWER:

I was told by BCPS that the only reason that I had not obtained a position in BCPS was that my interview scores were not high enough. The last position I interviewed for was Educational Specialist – 12 months in the suspension office. As soon as I walked into the interview, I was glad to see that there was an observer. I had a great interview, but I did not get the position even though I scored higher than the person who did get the position. I got an 82; she got a 75. The rules changed when I got the top interview score.

INTERROGATORY NO. 15: Detail, describe and explain, in a "timeline," any and all incidents of age discrimination that you have experienced since being employed with BCBSC, while identifying each person with personal knowledge of any incident identified in your response to this interrogatory.

ANSWER:

- I was discriminated against when Dr. Theodore Thompson denied me the opportunity to interview on June 8, 2015, for the position of "Manager – School Operations Support". This position was the position that I was told by both Linda Chen and Dr. Thompson would be replacing the facilitators' position (See response to Interrogatory 3.) All other facilitators who applied for this position were given the opportunity to interview on June 8, 2015: Noelle Lugay, Stacy Walton, Lisa Smith, Lisa Brown. All these young, African Americans were initially selected for the position. (After I complained to Human Capital about being excluded from the interview, I was interviewed later by a different team.)
- I was discriminated against when Dr. Thompson did not select the five highest scores from the first interview. The candidates who were interviewed on June 8 were told that they would know whether they got the positions within a couple of

days. Stacy Walton (young, African American) received a 50 on her interview; I received a 57 on my interview. Instead of selecting me, Dr. Thompson held a sham interview on Friday, June 12 for the purpose of hiring Stacy Walton. First, there were approximately 30 candidates who were interviewed on this Friday because we were scheduled every 15 minutes all day. (We need a list of the candidates who were interviewed.) Most of these candidates did not participate in the first interview. The second interview consisted of three questions. Dr. Thompson was one of the interviewers. Stacy Walton scored a 34. I received a 16. Therefore, Stacy's combined score was higher than my combined score, so she got the position based on this sham interview.

- Dr. Theodore Thompson discriminated against me when he did not submit my interview score for Educational Specialist II – Strategic Climate Support. (There are e-mails that prove that I did interview for this position. We need those e-mails) Dr. Everett and Catherine Van Allen are witnesses that I did well on the interview, that my name was submitted to Dr. Thompson for consideration and that Dr. Thompson said we need "Rinata Tanks" (young, African American) for this position. Dr. Thompson said that there was "something funny about my principalship at IBE". Dr. Everett replied that I had "cleaned up IBE".

INTERROGATORY NO. 16: Detail, describe and explain, in a "timeline," any and all incidents of racial discrimination that you have experienced since being employed

with BCBSC, while identifying each person with personal knowledge of any incident identified in your response to this interrogatory.

ANSWER:
See Interrogatory 15.

INTERROGATORY NO. 17: Identify by full name, age, racial identity, and employment position, of any and all persons that you contend were persons "less qualified" than you but were hired by BCBSC, while specifically identifying facts that support your contention that each person identified in your response hereto were "less qualified."

ANSWER:

Beshon-Trusty Smith, African American, 41, Was hired as a Manager of School Support over me.

- Was not a former facilitator although every other candidate hired was a former facilitator.
- Never had a school-based position in BCPS even though the position she was hired for required supporting schools in all areas.
- See attached chart for evidence.

INTERROGATORY NO. 18: Detail, describe and explain, while providing dates in a timeline, of any and all communications you have had with any employee of BCBSC relating to disparate treatment based upon race and/or age, while specifically identifying by name, age, and racial identity, any employee identified in your response to this interrogatory.

ANSWER:

**Lisa Smith** – 39 – African American – Lisa was a fellow facilitator. I talked often to her about the bias that Dr. Thompson was showing to Noelle Lugay, Stacy Walton, and Lori Hines. She was initially called on June 7 to interview for the Manager's position. When she called me and told me that she was being interviewed on June 8, I thought I would be interviewed at a later date; however, after her interview, she told me that they were going to announce who had gotten the positions in one or two days. I realized I was not going to be interviewed and went straight to Lisa Bishop. I turned over text messages between Lisa Smith and me to Latosha Barnes (BCPS Office of Equal Employment Opportunity.)

**Lisa Bishop** – Unknown – Caucasian – Lisa was my Human Capital liaison. I had numerous discussions with her about the unfairness of my treatment. The first time I complained to her on or about June 9, 2015, when Dr. Thompson had not given me the opportunity to interview. I continued to work with her until she was let go by BCPS after October 28, 2015.

**Lisa Grillo** - Unknown – Caucasian - Director of Human Capital – I first went to Lisa Grillo August of 2015, after my position was terminated. Our first conversation in her office was about how I had been treated unfairly in the interview process. Specifically, on August 27, I complained that the three young African American ladies involved directly in my formal complaint against Dr. Thompson were the same three that interviewed me. **She committed in writing that she would work with me until I got a position, but she was let go around 9/21.**

**Jerome Jones** – Unknown – African American – Lawyer for Labor Relations - was in on the initial meeting with Lisa Bishop on or about June 9, 2015 so he was aware of my initial complaint against Dr. Thompson. Also, was in on my meeting with Linda Chen on July 14, 2015. At that meeting, I complained about the entire reorganization process and how I was treated wrongly.

**Dr**. **Thornton** – Unknown – African American – Superintendent of Schools - I sent a letter to Dr. Thornton complaining about how, as a **senior** employee, I had been treated wrongly. The letter was sent to him between toward the end of June 2015. It may have been sent to Amanda Ellison for her to forward to him. I know he received it because Linda Chen brought it to the meeting with me and Jerome Jones on July 14 and asked him to investigate the complaints in the letter, but he never did.

**Deborah Sullivan** – Interim Director of Human Capital – Unknown – African American - I continued my discussions with her because she took Dr. Grillo's place.

INTERROGATORY NO. 19: If you intend to rely upon any documents, electronically stored information, or tangible things to support a position you have taken or intend to take in the action, including any claim for damages, provide a brief description, by category and location, of all such documents, electronically stored information, and tangible things, and identify all persons having possession, custody, or control ofthem.

ANSWER:

**I need all my BCPS e-mails, sent and received, from the beginning of the 2014 – 2015 school year until July 15, 2015, when my position was terminated.**

INTERROGATORY NO. 20: Detail, describe and explain in a timeline any and all unlawful employment practices you complained of during your employment with BCBSC while providing the date(s) for any and all complaints identified in your answer to this interrogatory.

ANSWER:

**I filed my complaint on unlawful employment practices with Latosha Barnes beginning in June 2015. Latosha is (was) an employee of the Baltimore City Public Schools' Equal Employment Opportunity Office. You have access to all those files/document.**

INTERROGATORY NO. 21: Identify all persons not previously identified in any of your Answers to these Interrogatories who have personal knowledge of any facts relative to any of the allegations in your Complaint, including but not limited to any of the injuries or damages you allege, being sure to specify what personal knowledge each person identified has of the cause or circumstances relating to the injuries or damages you allege you suffered or were incurred by you.

ANSWER:

**All persons were previously identified.**

Respectfully submitted,

*Karl-Henri Gauvin*

Karl-Henri Gauvin, Esq. #16926
The Gauvin Law Firm
1120 N. Charles Street, Suite 410
Baltimore, MD 2120

Dated: December 11, 2019

*Attorneys for BCBSC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May 2019, a copy of BCBSC's Interrogatories to Plaintiff was emailed to:

Karl-Henri Gauvin, Esquire
The Gauvin Law Firm, LLC
1120 N. Charles Street, Suite 410
Baltimore, Maryland 21202
kgauvin@gauvinlawfirm.com
*Attorneys for Plaintiff*

*Tamal A. Banton*

Tamal A. Banton